UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
     Plaintiff,

vs.

LAUDINO VELAZQUEZ and VICTOR
VELAZQUEZ, Co-Trustees of the Residuary Trust
established under Article V of the Last Will of
MARIE P. VELAZQUEZ
and
LA REINA FURNITURE CORP,
     Defendant(s).

Case No: 22-cv-23451-JEM

## JOINT NOTICE OF SETTLEMENT

Plaintiff, EMILIO PINERO, and Defendants, LAUDINO VELAZQUEZ and VICTOR VELAZQUEZ, Co-Trustees of the Residuary Trust established under Article V of the Last Will of MARIE P. VELAZQUEZ and LA REINA FURNITURE CORP, by and their respective undersigned counsel, hereby notify the Court that the Parties have reached a settlement. The Parties memorialized their agreement and finalized their settlement documents.

Respectfully submitted,

| s/ Glenn R. Goldstein | s/ Fernando S. Aran |
|---|---|
| Glenn R. Goldstein (FBN: 55873) | Fernando S. Aran (FBN: 349712) |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| Glenn R. Goldstein & Assoc., PLLC | Aran Correa & Guarch, P.A. |
| 8101 Biscayne Blvd., Ste. 504 | 2100 Salzedo St. Ste 303 |
| Miami, Florida 33138 | Coral Gables, FL 33134-4323 |
| (305) 900-2373 | (305) 655 3400 |
| GGoldstein@G2Legal.net | faran@acg-law.com |

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
    *Attorney for Plaintiff*
Lauren N. Wassenberg & Assoc., P.A.
33 SE 4th St., Ste. 100

Boca Raton, FL 33432
(561) 571-0646
WassenbergL@gmail.com